1  ERIC D. HOUSER (SBN 130079)
2  CHARLES TONY PICCUTA (SBN 258333)
   HOUSER & ALLISON
3  A Professional Corporation
4  9970 Research Drive
   Irvine, California  92618
5  Phone: (949) 679-1111
6  Fax: (949) 679-1112
   ehouser@houser-law.com
7  ctpiccuta@houser-law.com
8
   Attorney for Defendant, HSBC Bank USA, N.A., as Trustee on behalf of ACE
9  Securities Corp. Home Equity Loan Trust and for the registered holders of ACE
10 Securities Corp. Home Equity Loan Trust, Series 2007-HE4, Asset Backed Pass-
   Through Certificates
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PATRICIA M. VELASQUEZ AND JOSE MAURICIO VELASQUEZ, | Case No.: 5:09-cv-565 |
| | Hon.: Manuel Real |
| Plaintiffs, | |
| vs. | **ORDER AWARDING FEES TO HSBC BANK USA N.A., AS TRUSTEE** |
| FIDELITY NATIONAL TITLE COMPANY; FIRST STREET FINANCIAL INC.; and DOES 1-50, inclusive, | |
| Defendants. | |

///

Defendant, HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE4, ASSET BACKED PASS-THROUGH CERTIFICATES ("HSBC Bank"), filed its Motion to Dismiss on March 25, 2009. On May 4, 2009, the matter came before the Court. Charles Tony Piccuta appeared on behalf of Defendant, HSBC Bank. The Court Ordered at that time that M.W. Roth PLC and/or Mitchell Roth, jointly and severally, shall pay all attorney's fees incurred by HSBC Bank in defending this action and ordered HSBC Bank to file a Declaration of Attorney's fees.

The Court having reviewed its file and the Declaration of attorneys' fees submitted by HSBC Bank, Orders as follows: Mitchell Roth and/or M.W. Roth, P.L.C., jointly and severally, shall pay attorneys fees to counsel for HSBC Bank, Houser & Allison, APC, in the amount of **$10,514.37** for the costs and expenses incurred in defending this action.

**IT IS SO ORDERED.**

Dated: May 18, 2009

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE